| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:06-CR-71
§
TODD ARNOLD §

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of pretrial motions and proceedings. Judge Giblin submitted a report and recommendation on the Defendant's motion to vacate (#25) and motion for judicial notice (#32). He recommended that the Court deny the motions.

To date, the parties have not objected to Judge Giblin's report. The Court accepts his findings of fact and recommendation. The Court **ORDERS** that the report and recommendation (#34) of the United States Magistrate Judge is **ADOPTED.** Defendant's motion to vacate (#25) and motion for judicial notice (#32) are accordingly **DENIED**.

SIGNED at Beaumont, Texas, this 5th day of February, 2008.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE